■ In the Matter of CHERYL I. ROSS, Respondent, v DAVID M. ROSS, Appellant. [745 NYS2d 917]

The father's cross petition sought a downward modification of his support obligations under a judgment of divorce which is subject to the terms of a separation agreement that was incorporated but not merged into the judgment. Under such circumstances, the father must demonstrate "extreme hardship" (*Matter of Cohen v Seletsky,* 142 AD2d 111, 112; *see* Domestic Relations Law § 236 [B] [9] [b]). The Family Court properly determined that the father failed to do so (*see Clark v Clark,* 280 AD2d 575; *Mishrick v Mishrick,* 251 AD2d 558).

The father's remaining contentions are without merit. Prudenti, P.J., Smith, Friedmann and Adams, JJ., concur.